IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| LIVELY, THOMAS BRUCE | ) | CASE NO. 11-18463-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL REPORT**

Andrew J. Maxwell, Trustee herein, respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. Section 704(9), as follows:

1.    The Petition commencing this case was filed on 29th day of April, 2011. Andrew J. Maxwell was appointed Trustee on April 29, 2011. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $390,550.45. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4.    A summary of the Trustee's final account as of May 3, 2013 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 6,807.32 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 5.10 |
| c. | NET CASH available for distribution | 6,802.22 |
| d. | ADMINISTRATIVE EXPENSES: | |

| | | |
|---|---|---|
| 1. | Trustee compensation requested (See Exhibit E) | $1,430.22 |
| 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $6,779.24 |

5.    The Bar Date for filing unsecured claims expired on July 3, 2012.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $8,209.46 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $3,901.61 |
| f. | Debtor Exemption | $0.00 |
| g. | Debtor Surplus | $0.00 |

7.    Trustee proposes that a) allowed priority claims receive distribution of 0.00%, and b) unsecured creditors receive a distribution of 0.00% of allowed claims.  Provided however, that Trustee's counsel has agreed to partially subordinate its allowed fees so that a 20% distribution can be made to allowed unsecured claims.  See, Exhibit A to Trustee's Final Report.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $6,779.24. The total of Chapter 7 professional fees and expenses requested for final allowance is $8,209.46.  (See Exhibit G).

9.    A fee of $2,500.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, permit destruction of the Debtor's records in the possession of the Trustee, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

/s/ Andrew J. Maxwell
Andrew J. Maxwell, Trustee
105 W. Adams
Suite 3200
Chicago, IL  60603

| Case No: | 11-18463 | PSH | Judge: PAMELA S. HOLLIS | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|---|

Case Name:      LIVELY, THOMAS BRUCE

Date Filed (f) or Converted (c):    04/29/11 (f)

341(a) Meeting Date:    06/15/11

For Period Ending: 04/25/13

Claims Bar Date:    07/03/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium 1583 W. Irving Park Road Unit 116E Ita | 104,100.00 | 0.00 | | 0.00 | FA |
| 2. Single family home 427 Allonby Drive Schaumburg, I | 254,730.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Harris Bank Savings Account - H | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Living room furniture, dining room set, 2 televisi | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, DVDs | 150.00 | 150.00 | | 0.00 | FA |
| 6. Normal and Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band | 250.00 | 250.00 | | 0.00 | FA |
| 8. Fishing poles, gun safe, firearms | 300.00 | 300.00 | | 0.00 | FA |
| 9. 401(k) | 21,020.45 | 0.00 | | 0.00 | FA |
| 10. 2007 Dodge Ram Truck, 60,000 miles | 12,000.00 | 8,000.00 | | 6,000.00 | FA |
| 11. 1997 Kawasaki Motorcycle | 1,500.00 | 1,500.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $396,550.45          $10,200.00                    $6,000.00          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

possible equity in truck and a few other assets - pursuing investigation and possible settlement

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

Ver: 17.01

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

| | | | Trustee Name: | | Andrew J. Maxwell |
|---|---|---|---|---|---|

| CASE | | NAME | | | TAX ID |
|---|---|---|---|---|---|
| 11-18463 | | Thomas Bruce Lively | | | 45-6849130 |

| Transaction Date | Check | Paid to/ Received From | Description | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| 4/3/2012 | 62165909 | Thomas Lively | | $ 6,800.00 | $ - | |
| 5/30/2012 | | Monthly interest | | $ 0.07 | | |
| 6/31/2012 | | Monthly interest | | $ 0.56 | | |
| 7/31/2012 | | Monthly interest | | $ 0.58 | | |
| 8/30/2012 | | Monthly interest | | $ 0.56 | | |
| 9/31/2012 | | Monthly interest | | $ 0.57 | | |
| 10/31/2012 | | Monthly interest | | $ 0.54 | | |
| 11/30/2012 | | Monthly interest | | $ 0.51 | | |
| 12/31/2012 | | Monthly interest | | $ 0.59 | $ - | |
| 1/31/2013 | | Monthly interest | | $ 1.16 | | |
| 2/28/2013 | | Monthly interest | | $ 1.10 | | |
| 3/31/2013 | | Monthly interest | | $ 0.52 | | |
| 4/5/2013 | | International Sureties | Bond | | $ 5.10 | |
| 4/31/2013 | | Monthly interest | | $ 0.56 | | |
| | | | COLUMN TOTAL | $ 6,807.32 | $ 5.10 | $ 6,802.22 |