IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| LIVELY, THOMAS BRUCE | ) | CASE NO. 11-18463-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At: Courtroom 644
   219 South Dearborn Street
   Chicago, IL 60604
   On: **August 15, 2013**          Time: **10:30am**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                          $6,802.22
   Disbursements                                     $5.10
   Net Cash Available for Distribution               $6,802.22

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $1,430.22 | $0.00 |
| Maxwell Law Group, LLC | $0.00 | $6,776.24 | $3.24 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 0.00%.
   Allowed secured claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | NONE | $0.00 | $0.00 |

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
   Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | NONE | $0.00 | $0.00 |

8. Claims of general unsecured creditors totaling $3,901.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | $3,901.61 | $0.00 |

9. After payment of administrative fees, priority and general unsecured claims there will be a surplus payment made to the debtor in the amount of $0.00.
10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
12. Debtor (has or has not) been discharged.
13. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:
    Name of Property
    NONE

Dated: _____          For the Court,

                                         By: _____
                                         Kenneth S. Gardner
                                         Clerk of the U.S. Bankruptcy Court
                                         219 S. Dearborn Street; 7th Floor
                                         Chicago, IL 60604

Trustee:    Andrew J. Maxwell
Address:    105 W. Adams
            Suite 3200
            Chicago, IL  60603
Phone No.:  (312) 368-1138