IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
|---|---|---|
| | ) | |
| LIVELY, THOMAS BRUCE | ) | CASE NO. 11-18463-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
    At:   Courtroom 644
          219 South Dearborn Street
          Chicago, IL 60604
    On: **August 15, 2013**                    Time: **10:30am**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                              $6,802.22
    Disbursements                                            $5.10
    Net Cash Available for Distribution                    $6,802.22

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $1,430.22 | $0.00 |
| Maxwell Law Group, LLC | $0.00 | $6,776.24 | $3.24 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 0.00%.
    Allowed secured claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | NONE | $0.00 | $0.00 |

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
    Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | NONE | $0.00 | $0.00 |

8. Claims of general unsecured creditors totaling $3,901.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | $3,901.61 | $0.00 |

9. After payment of administrative fees, priority and general unsecured claims there will be a surplus payment made to the debtor in the amount of $0.00.
10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
12. Debtor (has or has not) been discharged.
13. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

    Name of Property
    NONE

Dated: _____

For the Court,

By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Andrew J. Maxwell
Address: 105 W. Adams
Suite 3200
Chicago, IL 60603
Phone No.: (312) 368-1138

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-18463-PSH
Thomas Bruce Lively Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: pseamann     Page 1 of 2     Date Rcvd: Jul 17, 2013
                     Form ID: pdf006     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2013.

```
db          +Thomas Bruce Lively,   427 Allonby Drive,   Schaumburg, IL 60194-4215
17211603   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
               Norcross, GA 30091)
18843552    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC 28272-1083
17211605   +Fifth Third Bank,   P.O. Box 630412,   Cincinnati, OH 45263-0412
17211604   +Fifth Third Bank,   Bankruptcy Dept., MDROPSO5,   1850 East Paris,   Grand Rapids, MI 49546-6253
17211606   +Medinah Terrace Homeowner's Assoc.,   1547 West Irving Park Road,   Itasca, IL 60143-1581
17211607   +Pierce & Associates,   1 N. Dearborn,   Ste. 1300,   Chicago, IL 60602-4373
17211608   +Worlds Foremost Bank N,   Po Box 82608,   Lincoln, NE 68501-2608
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2013**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: pseamann              Page 2 of 2              Date Rcvd: Jul 17, 2013
                              Form ID: pdf006             Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

        Andrew J Maxwell     on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
        Christopher M. Cosley     on behalf of Debtor Thomas Bruce Lively cosleylaw@msn.com, lisamelena@aol.com
        Jaclyn H. Smith     on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com, preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com, naelipas@maxwellandpotts.com
        Lydia Y Siu     on behalf of Creditor    Fifth Third Mortgage Company lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Vikram R Barad     on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com, maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com, cjcapo@maxwellandpotts.com

                                                                                              TOTAL: 7