UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 CASE |
| | ) | |
| THOMAS BRUCE LIVELY, | ) | Case No. 11-18463-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |

## TRUSTEE'S AMENDED FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition commencing this case was filed on April 29, 2011. Andrew J. Maxwell was appointed Trustee on April 29, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of $ 6,807.32

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim Disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 5.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3" Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of | $ 6,802.22 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/3/2012 and the

deadline for filing governmental claims was 07/3/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $/ 1, 430.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $/ 1, 430.22, for a total compensation of $/ 1, 430.22. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of 0.00, and now requests reimbursement for expenses of 0.00, for total expenses of 0.00.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: <u>05/20/2013</u>        By: <u>/s/ANDREW J. MAXWELL, TRUSTEE</u>
                                    Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. 1320.4(a)(2) applies.

AMENDED FORM 1
Case 11-18463 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main
Doc 233 Filed 05/20/14 Entered 05/20/14 14:54:11
ASSET CASES
Document Page 3 of 7
Page: 1

| Case No: | 11-18463 PSH Judge: PAMELA S. HOLLIS | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LIVELY, THOMAS BRUCE | | | Date Filed (f) or Converted (c): | 04/29/11 (f) |
| | | | | 341(a) Meeting Date: | 06/15/11 |
| For Period Ending: | 05/20/14 | | | Claims Bar Date: | 07/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium 1583 W. Irving Park Road Unit 116E la | 104,100.00 | 0.00 | | 0.00 | FA |
| 2. Single family home 427 Allonby Drive Schaumburg, I | 254,730.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Harris Bank Savings Account - H | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Living room furniture, dining room set, 2 televisi | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, DVDs | 150.00 | 150.00 | | 0.00 | FA |
| 6. Normal and Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band | 250.00 | 250.00 | | 0.00 | FA |
| 8. Fishing poles, gun safe, firearms | 300.00 | 300.00 | | 0.00 | FA |
| 9. 401(k) | 21,020.45 | 0.00 | | 0.00 | FA |
| 10. 2007 Dodge Ram Truck, 60,000 miles | 12,000.00 | 8,000.00 | | 6,800.00 | FA |
| 11. 1997 Kawasaki Motorcycle | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 12. INTEREST (u) | 7.22 | 0.00 | | 7.22 | FA |
| TOTALS (Excluding Unknown Values) | $396,557.67 | $10,200.00 | | $6,807.22 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

possible equity in truck and a few other assets - pursuing investigation and possible settlement
TDR SUBMITTED but not finalized

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/13



EXHIBIT A

**FORM 2**

**EXHIBIT B**

CASH RECEIPTS AND DISBURSEMENTS RECORDS

Trustee Name: **Andrew J. Maxwell**

| CASE | NAME | | | | TAX ID |
|---|---|---|---|---|---|
| 11-18463 | Thomas Bruce Lively | | | | 45-6849130 |

| Transaction Date | Check | Paid to/ Received From | Description | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| 4/3/2012 | 62165909 | Thomas Lively | | $ 6,800.00 | $ - | |
| 5/30/2012 | | Monthly interest | | $ 0.07 | | |
| 6/31/2012 | | Monthly interest | | $ 0.56 | | |
| 7/31/2012 | | Monthly interest | | $ 0.58 | | |
| 8/30/2012 | | Monthly interest | | $ 0.56 | | |
| 9/31/2012 | | Monthly interest | | $ 0.57 | | |
| 10/31/2012 | | Monthly interest | | $ 0.54 | | |
| 11/30/2012 | | Monthly interest | | $ 0.51 | | |
| 12/31/2012 | | Monthly interest | | $ 0.56 | $ - | |
| | | | **COLUMN TOTAL** | $ 6,803.95 | | $ 6,803.95 |
| 1/31/2013 | | Monthly interest | | $ 0.58 | | |
| 2/28/2013 | | Monthly interest | | $ 0.52 | | |
| 3/31/2013 | | Monthly interest | | $ 0.58 | | |
| 3/31/2013 | 1 | International Sureties LTD | Bond | | $ 5.10 | |
| 4/30/2013 | | Monthly interest | | $ 0.56 | | |
| 5/31/2013 | | Monthly interest | | $ 0.52 | | |
| 6/30/2013 | | Monthly interest | | $ 0.50 | | |
| 7/31/2013 | | Monthly interest | | $ 0.11 | | |
| 8/16/2013 | 2 | Maxwell Law Group, LLC | Trustee's attorney | | 5,617.17 | |
| 8/16/2013 | 1 | Andrew J. Maxwell Trustee | Trustee Compensation | | 1,185.05 | |
| | | | **COLUMN TOTAL** | $ 6,807.32 | 6,807.32 | $ - |
| 5/19/2014 | | Refund from Maxwell law Group | Trustee' attorney | $ 5,617.17 | | $ 5,617.17 |

## TRUSTEE'S AMENDED PROPOSED DISTRIBUTION

**EXHIBIT D**

**Case No:** 11-18463

**Case Name:** Thomas Bruce Lively

**Trustee Name:** Andrew J. Maxwell

Balance on hand $ 5,617.17

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **Trustee Fees:** ANDREW J. MAXWELL, TRUSTEE | 1,430.22 | 1,185.05 | 0.00 |
| **Attorney for Trustee Fees:** MAXWELL LAW GROUP | 6,776.00 | 0.00 | 4,836.85 |
| **Attorney for Trustee Expenses:** MAXWELL LAW GROUP | 3.24 | 0.00 | 0 |
| **Other:** | | | |

Total to be paid for chapter 7 administrative expenses    $/ 4,836.85

Remaining Balance    $/ 780.32

Application for prior chapter fees and administrative expenses has been filed as follows:

ANDREW J. MAXWELL, TRUSTEE    $/ 1,430.22

MAXWELL LAW GROUP    $/ 6,779.24

In addition to expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,901.61 has been allowed and will be paid **pro rata** only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank(USA), N.A. | 3,901.61 | 0.00 | 780.32 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total to be paid to timely general unsecured creditors          $   780.32

Remaining Balance                                               $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid **pro rata** only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend anticipated to be 0.0 percent.

Tardily file general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid **pro rata** only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be $ 0.00 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE