UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LIVELY, THOMAS BRUCE § Case No. 11-18463
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on          . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank Bankruptcy Dept., MDROPSO5 1850 East Paris Grand Rapids, MI 49546 |  |  |  |  |  |
|  | Fifth Third Bank P.O. Box 630412 Cincinnati, OH 45263 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medinah Terrace Homeowner's Assoc. 1547 West Irving Park Road Itasca, IL 60143 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Worlds Foremost Bank N Po Box 82608 Lincoln, NE 68521 | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 11-18463 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LIVELY, THOMAS BRUCE | | | Date Filed (f) or Converted (c): | 04/29/11 (f) |
| | | | | 341(a) Meeting Date: | 06/15/11 |
| For Period Ending: 07/15/14 | | | | Claims Bar Date: | 07/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium 1583 W. Irving Park Road Unit 116E Ita | 104,100.00 | 0.00 | | 0.00 | FA |
| 2. Single family home 427 Allonby Drive Schaumburg, I | 254,730.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Harris Bank Savings Account - H | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Living room furniture, dining room set, 2 televisi | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, DVDs | 150.00 | 150.00 | | 0.00 | FA |
| 6. Normal and Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band | 250.00 | 250.00 | | 0.00 | FA |
| 8. Fishing poles, gun safe, firearms | 300.00 | 300.00 | | 0.00 | FA |
| 9. 401(k) | 21,020.45 | 0.00 | | 0.00 | FA |
| 10. 2007 Dodge Ram Truck, 60,000 miles | 12,000.00 | 8,000.00 | | 6,800.00 | FA |
| 11. 1997 Kawasaki Motorcycle | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 12. INTEREST (u) | 7.22 | 0.00 | | 7.22 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $396,557.67    $10,200.00    $6,807.22    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

possible equity in truck and a few other assets - pursuing investigation and possible settlement
TDR SUBMITTED but not finalized

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/13


EXHIBIT D

LFORM1    Ver: 18.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 2
EXHIBIT B

CASH RECEIPTS AND DISBURSEMENTS RECORDS

Trustee Name: Andrew J. Maxwell

CASE 11-18463 NAME: Thomas Lively

TAX ID 45-6849130

| Transaction Date | Check | Paid to/ Received From | Description | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| 4/3/2012 | 62165909 | Thomas Lively | | $ 6,800.00 | $ - | |
| 5/30/2012 | | Monthly interest | | $ 0.07 | | |
| 6/31/2012 | | Monthly interest | | $ 0.56 | | |
| 7/31/2012 | | Monthly interest | | $ 0.58 | | |
| 8/30/2012 | | Monthly interest | | $ 0.56 | | |
| 9/31/2012 | | Monthly interest | | $ 0.57 | | |
| 10/31/2012 | | Monthly interest | | $ 0.54 | | |
| 11/30/2012 | | Monthly interest | | $ 0.51 | | |
| 12/31/2012 | | Monthly interest | | $ 0.56 | $ - | |
| | | | COLUMN TOTAL | $ 6,803.95 | | $ 6,803.95 |
| 2013 | | | | | | |
| 1/31/2013 | | Monthly interest | | $ 0.58 | | |
| 2/28/2013 | | Monthly interest | | $ 0.52 | | |
| 3/31/2013 | | Monthly interest | | $ 0.58 | | |
| 3/31/2013 | 1 | International Sureties LTD | Bond | | $ 5.10 | |
| 4/30/2013 | | Monthly interest | | $ 0.56 | | |
| 5/31/2013 | | Monthly interest | | $ 0.52 | | |
| 6/30/2013 | | Monthly interest | | $ 0.50 | | |
| 7/31/2013 | | Monthly interest | | $ 0.11 | | |
| 8/16/2013 | 2 | Maxwell Law Group, LLC | Trustee's attorney | | 5,617.17 | |
| 8/16/2013 | 1 | Andrew J. Maxwell Trustee | Trustee Compensation | | 1,185.05 | |
| | | | COLUMN TOTAL | $ 6,807.32 | 6,807.32 | 0 |
| 2014 | | | | | | |
| 5/19/2014 | | Refund from Maxwell law Group | Trustee' attorney | $ 5,617.17 | | $ 5,617.17 |
| 6/6/2014 | 100001 | Maxwell Law Group, LLC | Trustee's attorney | | 4,836.85 | |
| 6/6/2014 | 10002 | Capital One Bank | Unsecured Claim | | 780.32 | |
| | | | COLUMN TOTAL | $ 5,617.17 | 5,617.17 | 0 |